IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE ANN COFFELT,

Plaintiff,

v.

Case No. 15-cv-168 JPG/RJD

JAMES HODGE, *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 3, 2016**         JUSTINE FLANAGAN, Acting Clerk of Court

s/*Tina Gray*, **Deputy Clerk**

**Approved:**   s/*J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**